IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC T. HALL,

    Plaintiff,

v.

RICHARD ANDERSON, GREGORY GREGERSON,
BRYAN LEE, RON CRAMER, RICHARD
GEARHART, PETER JOHNSON, LISA
DITLEFSEN, MARK OTT, FRANK
TOMLANOVICH, J.B. VAN HOLLEN, CHARISSE
ROZGA-ANDERSON, MARIE BETH VARRIALE,
JENNIFER NAUGLE, SAMANTHA DELFOSSE,
DENISE JONES, MICHAEL FELTON, JEFF
MOESSNER, MELISSA BROWN, KRISTI
GRUEBELE, ANTHONY JUSTICE and MARK
VANDERBLOOMEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-788-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) dismissing Jeff Moessner, Melissa Brown, J.B. Van Hollen, Richard Anderson and Peter Johnson;

(2) denying leave to proceed and dismissing plaintiff's claims against Samantha Delfosse; and

(3) granting Michael Felton, Kristi Gruebele, Denise Jones, Jennifer Naugle, Marie Beth Varriale, Bryan Lee, Gregory Gregerson, Ron Cramer, Mark Ott, Richard Gearhart, Lisa Ditlefsen, Frank Tomlanovich, Charisse Rozga-Anderson, Anthony Justice and Mark VanderBloomen's motions for summary judgment and dismissing this case.

| /s/ | 5/14/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |